UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re:                                                                Case No.: 12-22040-LED
                                                                      Chapter 7
GREGOR KOHN,

    Debtor.
_____/

UNITED STATES BANKRUPTCY COURT
Southern District of Florida

PAVEL GAGARIN,                                        Adv. Case No.: 14-01100-JKO

    Plaintiff,
vs.

GREGOR KOHN,

    Defendant.
_____/

### PLAINTIFF'S MOTION TO DISMISS ADVERSARY PROCEEDING

Plaintiff, PAVEL GAGARIN, by and through his undersigned attorney, and pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, moves to dismiss the adversary proceeding he brought against Defendant/Debtor, and as grounds therefor, states:

1.    Plaintiff filed a Complaint Objecting to Dischargeability of Debt [D.E. 1] on April 12, 2013, seeking a declaration of non-dischargeability under Bankruptcy Code Sections 523(a)(2) and 523(a)(4) and for recovery of damages and attorney's fees and costs.

2.    Defendant filed a Motion to Dismiss Count III (sic) of Complaint on October 4, 2013 [D.E. 36], but did not otherwise respond to the Complaint.

3.    On December 18, 2031, the Honorable Laurel E. Davis, United States Bankruptcy Judge for the District of Nevada, entered an Order Transferring Adversary Proceeding and Order on Defendant's Motion to Dismiss Count II of Complaint Objecting to Dischargeability of Debt [D.E.

51].

4.  In addition to transferring this adversary proceeding to the Southern District of Florida, the Order provided:

> Debtor's counsel agreed to withdraw the Motion to Dismiss, and the parties agreed that the Debtor would have 20 days from the date the adversary proceeding is received by the Southern District of Florida to re-file a notice for hearing on his Motion to Dismiss or file other appropriate responsive pleadings. [D.E. 51]

5.  On January 13, 2014, this Court accepted transfer of this adversary proceeding.

6.  More than 20 days have passed, yet Debtor has not re-filed a notice for hearing on his Motion to Dismiss or filed any other appropriate responsive pleadings.

7.  Plaintiff has elected to voluntarily dismiss this adversary proceeding. Plaintiff has made this election not because of any perceived weakness or lack of merit to his claims, but rather due to financial circumstances. Plaintiff does not wish to incur any additional attorney's fees and costs in prosecuting his claims.

WHEREFORE, Plaintiff prays the Court enter an Order dismissing this adversary proceeding without prejudice, and that the Court grant such other and further relief as it deems just and proper.

## CERTIFICATE OF ADMISSION

I certify that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

By: _/s/ Richard F. Hussey_
       Richard F. Hussey

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a true copy of the foregoing was filed online using CM/ECF, and service is provided to the interested parties via CM/ECF's electronic transmission of documents unless indicated differently on the service list below, on February 19, 2014.

                   RICHARD F. HUSSEY, P.A.
                   Attorney for Plaintiff
                   Post Office Box 14333
                   Ft. Lauderdale, FL 33302-4333
                   (954) 462-7500; Fax (954) 463-9244
                   Florida Bar No. 370088
                   Primary: rick@husseylaw.com
                   Secondary: alana@husseylaw.com

                   BY: */s/ Richard F. Hussey*
                     RICHARD F. HUSSEY

**SERVICE LIST**
By email to designated email addresses:
Trustee, District of Nevada:
Dotan Y. Melech
dym@unitedtrustee.com

By email and mail:
Debtor's counsel:
Jeffrey A. Cogan, Esq.
6900 Westcliff Drive, Suite 511
Las Vegas, NV 89145
jeffrey@jeffreycogan.com

By mail:
Debtor:
Gregor Kohn
3565 Las Vegas Blvd., Suite 235
Las Vegas, NV 89109

Gregor Kohn
11030 S.W. 54th Street
Davie, FL 33328

U.S. Trustee - LV - 7
Office of The United States Trustee
300 Las Vegas Boulevard South
Suite 4300
Las Vegas, NV 89101